UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

JOE HOWARD ROGERS,
MARY ANN ROGERS,

DEBTORS.

                                                                                                                                                                              /

CASE NO. 15-51937-crm

CHAPTER 13

JUDGE: C. RAY MULLINS

## NOTICE OF APPEARANCE

      C. Brent Wardrop of the law firm of Weissman, Nowack, Curry & Wilco, P.C., makes this entry of appearance on behalf of Ocwen Loan Servicing, LLC, as servicer for U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2007-KS3, a creditor in the above Chapter 13 bankruptcy action. All future notices, correspondence, pleadings or other documentation should be sent to the following address:

C. Brent Wardrop
Weissman, Nowack, Curry & Wilco, P.C.
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta, Georgia 30326

Dated: March 4, 2015

                                      Respectfully submitted
                                      WEISSMAN, NOWACK, CURRY & WILCO, P.C.

                                      ***/S/ C. Brent Wardrop***_____
                                      C. Brent Wardrop, Esq
                                      Georgia Bar No. 553733
                                      Weissman, Nowack, Curry, & Wilco P.C.
                                      One Alliance Center, 4th Floor
                                      3500 Lenox Road
                                      Atlanta , Georgia 30326
                                      Tel.: 404-926-4500 / Fax: 404-926-4600
                                      brentw@wncwlaw.com

## CERTIFICATE OF SERVICE

I, C. Brent Wardrop, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing Notice of Appearance by First Class United Stated Mail, with adequate postage prepaid, on the following persons or entities at the addresses stated:

JOE HOWARD ROGERS
1955 SPINK ST NW
ATLANTA, GA 30318

MARY ANN ROGERS
1955 SPINK ST NW
ATLANTA, GA 30318

KAREN KING, ESQ.
KING & KING LAW LLC
215 PRYOR STREET
ATLANTA, GA 30303

NANCY J. WHALEY
NANCY J. WHALEY, 13 TRUSTEE
SUITE 120
303 PEACHTREE CENTER AVENUE
ATLANTA, GA 30303

Dated: March 4, 2015

*/S/ C. Brent Wardrop*
C. Brent Wardrop, Esq
Georgia Bar No. 553733
Weissman, Nowack, Curry, & Wilco P.C.
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta , Georgia 30326
Tel.: 404-926-4500 / Fax: 404-926-4600
brentw@wncwlaw.com