IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                          CHAPTER 13
Joe Howard Rogers,
Mary Ann Rogers,

       Debtors.             CASE NO. -

**AFFIDAVIT OF DEBTORS**

We, the undersigned, hereby swear and affirm to the best of our knowledge, information and belief that:

Our sole source of income from 2009 to 2014 has been Social Security and small pension and we are not required to pay federal income taxes.

Executed on this ___ day of _____, 2015.

_____ /S/
Joe Howard Rogers

_____ /S/
Mary Ann Rogers

Sworn to and subscribed before me
this ___ day of _____ 2015
_____ /S/
Notary Public

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          CHAPTER 13
Joe Howard Rogers,
    Debtor.                               CASE NO. 15-51937-CRM

**CERTIFICATE OF SERVICE**

      I hereby certify, under penalty of perjury, that I am more than 18 years of age, and that on this day, I served a copy of the within "Affidavit of Debtor" upon the following by depositing a copy of same in U.S. Mail with sufficient postage, unless otherwise noted, affixed thereon to ensure delivery to:

Joe Howard Rogers
1955 Spink St NW
Atlanta, GA 30318

Nancy J. Whaley
303 Peachtree Center Av, Suntrust Garden Plaza, Suite 120
Atlanta, GA 30303
Via email:  ecf@njwtrustee.com

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
ATTN: Lisa Smith, Bankruptcy Specialist
401 West Peachtree St. NW
Stop 334-D
Atlanta, GA 30308-3539

Department of Justice
Tax Division
Attn: Chief, Civil Trial section
Southern Regional
P.O. Box 14198
Ben Franklin Station
Washington, DC 20044

U.S. Attorney
Northern District of Georgia
Civil Division, Attn: Civil Clerk
600 Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30303

U.S Attorney General
Eric Holder
Main Justice Building
10th & Constitution Avenue
Washington, DC, 20530

Georgia Department of Revenue
Attn: Douglas J. MacGinnitie, Revenue Commissioner
1800 Century Blvd. NE
Atlanta, GA 30345-3205

Office of the Attorney General
Attn: Samuel Olens
40 Capitol Square, SW
Atlanta, GA 30334

This 6th day of April, 2015

By: /s/ Alaina Joseph
Alaina Joseph, Attorney for Debtor
GA Bar # 940583
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com