UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 15-51937 - CRM |
| Joe Howard Rogers and | ) |
| Mary Ann Rogers, | ) |
| | ) CHAPTER 13 |
| Debtors. | ) |

## DEBTORS' AMENDMENT TO CHAPTER 13 SCHEDULES

COME NOW Debtors and amend the Chapter 13 Schedules to provide the following:

1.

Debtors amend Schedule C of this Chapter 13 Bankruptcy, as attached, to correct the exemptions.

2.

Debtors amend Schedules I and J of this Chapter 13 Bankruptcy, as attached, to more accurately reflect Debtor's current monthly income and expenses.

3.

Debtors amend the Summary of Schedules of this Chapter 13 Bankruptcy.

WHEREFORE, Debtors pray that this Amendment be allowed, and for such other and further relief as the Court deems appropriate and just.

Dated: May 11, 2015.

Respectfully submitted,
KING & KING LAW LLC

/S/
Alaina Joseph
Attorney for Debtors
Georgia Bar Number 940583
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkinglc.com

B6C (Official Form 6C) (4/13)

In re  Joe Howard Rogers,
       Mary Ann Rogers,
                                                    Debtors

Case No. __15-51937__

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** <br> Residence: <br> 1955 Spink St NW <br> Atlanta, GA 30318 | O.C.G.A. § 44-13-100(a)(1) | 1.00 | 65,097.00 |
| Time Share in Florida | O.C.G.A. § 44-13-100(a)(6) | 5,000.00 | 5,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> Checking Bank Account with Wells Fargo Bank | O.C.G.A. § 44-13-100(a)(6) | 50.00 | 50.00 |
| **Household Goods and Furnishings** <br> Household Goods | O.C.G.A. § 44-13-100(a)(4) | 2,500.00 | 2,500.00 |
| **Wearing Apparel** <br> Clothing and Shoes | O.C.G.A. § 44-13-100(a)(4) | 150.00 | 150.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 2007 GMC CANYON PICKUP-1/2 Ton-5 Cyl, Extended Cab SL (4 Cyl) <br> Mileage: (45,000) miles | O.C.G.A. § 44-13-100(a)(3) <br> O.C.G.A. § 44-13-100(a)(6) | 5,000.00 <br> 2,325.00 | 7,325.00 |

Total: 15,026.00    80,122.00

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1: Joe Howard Rogers

Debtor 2: Mary Ann Rogers
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number: 15-51937
(If known)

Check if this is:

☒ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD / YYYY

# Official Form B 6I
## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| Occupation | | |
| Employer's name | Retired | Retired |
| Employer's address | | |
| How long employed there? | | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 0.00 | $ 0.00 |

Official Form B 6I                    Schedule I: Your Income                    page 1

Debtor 1   Joe Howard Rogers
Debtor 2   Mary Ann Rogers                                                Case number (*if known*)   15-51937

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 | $ 0.00 |

5. List all payroll deductions:

|  |  |  |  |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6. Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.   $ 0.00    $ 0.00

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.   $ 0.00   $ 0.00

8. List all other income regularly received:

  8a. Net income from rental property and from operating a business, profession, or farm
      Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00   $ 0.00

  8b. Interest and dividends   8b.   $ 0.00   $ 0.00

  8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
      Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $ 0.00

  8d. Unemployment compensation   8d.   $ 0.00   $ 0.00

  8e. Social Security   8e.   $ 1,218.00   $ 631.00

  8f. Other government assistance that you regularly receive
      Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
      Specify: _____   8f.   $ 0.00   $ 0.00

  8g. Pension or retirement income   8g.   $ 232.00   $ 0.00

  8h. Other monthly income. Specify:  Contribution from Son   8h.+   $ 650.00 +   $ 0.00

9. Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 2,100.00   $ 631.00

10. Calculate monthly income. Add line 7 + line 9.   10.   $ 2,100.00 + $ 631.00 = $ 2,731.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____   11.   +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12.   $ 2,731.00
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ■ No.
    ☐ Yes. Explain: _____

Official Form B 6I                       Schedule I: Your Income                       page 2

Fill in this information to identify your case:

Debtor 1: Joe Howard Rogers

Debtor 2: Mary Ann Rogers
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number: 15-51937
(If known)

Check if this is:
■ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:
  _____
  MM / DD / YYYY
☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J
# Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**
   ☐ No. Go to line 2.
   ■ Yes. Does Debtor 2 live in a separate household?
      ■ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?** ■ No
   Do not list Debtor 1 and Debtor 2.   ☐ Yes. Fill out this information for each dependent...........
   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.  4. $ 558.00

   If not included in line 4:
   4a. Real estate taxes                                           4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance                4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses               4c. $ 0.00
   4d. Homeowner's association or condominium dues                 4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans  5. $ 0.00

Official Form B 6J                    Schedule J: Your Expenses                    page 1

Debtor 1  Joe Howard Rogers
Debtor 2  Mary Ann Rogers                              Case number (if known)  15-51937

6.  **Utilities:**
   - 6a.  Electricity, heat, natural gas — 6a. $ 280.00
   - 6b.  Water, sewer, garbage collection — 6b. $ 75.00
   - 6c.  Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 150.00
   - 6d.  Other. Specify: Lawn care — 6d. $ 75.00
7.  **Food and housekeeping supplies** — 7. $ 268.00
8.  **Childcare and children's education costs** — 8. $ 0.00
9.  **Clothing, laundry, and dry cleaning** — 9. $ 20.00
10. **Personal care products and services** — 10. $ 20.00
11. **Medical and dental expenses** — 11. $ 10.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments. — 12. $ 120.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 0.00
14. **Charitable contributions and religious donations** — 14. $ 0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 125.00
    - 15d. Other insurance. Specify: — 15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: — 16. $ 0.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ 0.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: — 17c. $ 0.00
    - 17d. Other. Specify: — 17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** — 18. $ 0.00
19. **Other payments you make to support others who do not live with you.**
    Specify: — 19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. **Other: Specify:** — 21. +$ 0.00
22. **Your monthly expenses. Add lines 4 through 21.**
    The result is your monthly expenses. — 22. $ 1,701.00
23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ 2,731.00
    - 23b. Copy your monthly expenses from line 22 above. — 23b. -$ 1,701.00
    - 23c. Subtract your monthly expenses from your monthly income.
      The result is your *monthly net income*. — 23c. $ 1,030.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ■ No.
    ☐ Yes. Explain:

Official Form B 6J                Schedule J: Your Expenses                page 2

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Georgia

In re: Joe Howard Rogers, Mary Ann Rogers
Debtors

Case No. 15-51937
Chapter 13

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 70,097.00 | | |
| B - Personal Property | Yes | 3 | 24,525.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 89,285.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 3,723.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,731.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 1,701.00 |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| Total Assets | | | 94,622.00 | | |
| Total Liabilities | | | | 93,008.00 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Georgia

In re: Joe Howard Rogers, Mary Ann Rogers, Debtors

Case No. 15-51937
Chapter 13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

State the following:

| | |
| --- | --- |
| Average Income (from Schedule I, Line 12) | 2,731.00 |
| Average Expenses (from Schedule J, Line 22) | 1,701.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 232.00 |

State the following:

| | |
| --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | 9,689.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | 0.00 |
| 4. Total from Schedule F | 3,723.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | 13,412.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    )
                                          ) CASE NO. 15-51937 - CRM
Joe Howard Rogers and                     )
Mary Ann Rogers,                          )
                                          ) CHAPTER 13
        Debtors.                          )

## DECLARATION UNDER PENALTY OF PERJURY

We declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge, information and belief.

_____ /S/
Joe Howard Rogers

_____ /S/
Mary Ann Rogers

Dated: 5-11-2015_____, 2015.

Penalty for making a false statement or concealing property:

Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 15-51937 - CRM |
| Joe Howard Rogers and | ) |
| Mary Ann Rogers, | ) |
| | ) CHAPTER 13 |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am more than 18 years of age, and that on this day, I served a copy of the within "Amended Schedules" upon the following by depositing a copy of same in U.S. Mail with sufficient postage, unless otherwise noted, affixed thereon to ensure delivery to:

Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Av, Suntrust Garden Plaza, Suite 120
Atlanta, GA 30303
Via email: ecf@njwtrustee.com

Joe Howard Rogers
Mary Ann Rogers
1955 Spink St NW
Atlanta, GA 30318

Chase Auto Finance
P.O. Box 9001937
Louisville, KY 40290

Cobb Medical Assoc Nextgen
c/o North Amercn
2810 Walker Rd
Chattanooga, TN 37421

Firestone
P.O. Box 81410 AMF
Cleveland, OH 44181

Georgia Department of Revenue
1800 Century Blvd NE Suite 910
Atlanta, GA 30321

Georgia Natural Gas
c/o Convergent Outsourcing
500 SW 7th St Bldg A 100
Renton, WA 98055

Grady Memorial Hospital Corp.
c/o Convergent Outsourcing Inc.
800 SW 39th St.
Renton, WA 98057-4975

IRS
Centralized Insolvency Opera
P.O. Box 7346
Philadelphia, PA 19101-7346

Ocwen Loan Servicing
P.O. Box 785056
Orlando, FL 32878

Portfolio Recovery Associates
120 Corporate Blvd Ste 100
Norfolk, VA 23502

Quantum Medical Radiology PC
c/o Collection SVCS of Athens
PO BOX 8048
Athens, GA 30603

Dated: _____May 11_____, 2015.

Respectfully submitted,
KING & KING LAW LLC

/S/ _____
Alaina Joseph
Attorney for Debtors
Georgia Bar Number 940583
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com